**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | |
|---|---|
| **YUDINA ROMO**, an individual and on behalf of all similarly situated employees, | ) ) ) |
| Plaintiff, | ) ) ) |
| v. | ) Case No. 17 C 1929 ) |
| **DURHAM SCHOOL SERVICES, L.P.**; and **DOES 1** through **10**, inclusive, | ) ) ) ) |
| Defendants. | ) |

## MEMORANDUM ORDER

This newly-filed action has been assigned to this Court's calendar via this District Court's computerized random assignment system. Although this Court's customary issuance of an initial scheduling order involves no expression of its views as to the procedural and substantive viability of the Complaint, this brief memorandum order reflects one exception to that principle: Because plaintiff's counsel obviously lacks a full understanding of the diversity-of-citizenship branch of federal jurisprudence, Complaint ¶ 10 is stricken sua sponte because the requisite diversity is clearly absent.

_____
Milton I. Shadur
Senior United States District Judge

Date: March 15, 2017