# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

YUDINA ROMO, as an individual and on
behalf of all similarly situated employees,

      Plaintiff,

    v.                                    Case No. 1:17-cv-1929

DURHAM SCHOOL SERVICES, L.P.; and    Honorable Gary Feinerman
DOES 1 through 10, inclusive,

      Defendant.

## PLAINTIFFS' MOTION FOR FINAL APPROVAL OF CLASS SETTLEMENT AND AWARD OF ATTORNEYS' FEES, COSTS AND CLASS REPRESENTATIVE INCENTIVE AWARDS

**NOW COME** Plaintiffs SHEMUEL CHAVEZ, YUDINA ROMO, TERRILYN RUSSELL and DONISHA SHANN ("Plaintiffs" or "Class Representatives"), and move the Court for an Order granting final approval of the proposed class action settlement between Plaintiffs and Defendant DURHAM SCHOOL SERVICES, L.P. ("Durham" or "Defendant") (collectively, the "Parties") (which is memorialized in the Parties' Settlement Agreement ("Settlement Agreement"). At the final approval hearing before the Honorable Gary Feinerman scheduled for September 12, 2018, Plaintiffs will further move the Court for an Order:

    1.      Granting final approval of the Parties' Settlement in the amount of three million eight hundred seventy-five thousand dollars ($3,875,000.00) as the Gross Settlement Amount ("GSA"); Awarding a Class Counsel Award in the amount of one million two hundred ninety-one thousand six hundred sixty-six dollars ($1,291,666.00); Awarding Class Counsel Costs in the amount of twenty-six thousand one-hundred thirteen dollars and 60/100 cents ($26,113.60); Awarding the Class Representative Incentive Awards to the Class Representatives in the amount of twenty thousand dollars ($20,000.00), collectively to the Plaintiffs (Chavez, Russell, Romo and Shann to receive five thousand dollars ($5,000.00), each, respectively); Awarding the PAGA Allocation of fifty thousand dollars ($50,000.00), of which thirty-seven thousand five hundred

dollars ($37,500.00) will be apportioned to the LWDA for the State's portion of PAGA penalties, the remaining thirteen thousand five hundred dollars ($13,500.00) will be part of the Net Settlement Fund; and Awarding Phoenix full costs of administration at the termination of its duties as the class notice administrator.

2. This Motion is made pursuant to Federal Rule of Civil Procedure section 23(c)(2) and 23(e). This Court has jurisdiction over Plaintiffs FLSA claims pursuant to 28 U.S.C. §1331, arising under 29 U.S.C. §216(b). This Court has supplemental jurisdiction over Plaintiffs' state law claims pursuant to 28 U.S.C. §1367.

3. This motion will be based upon the attached Memorandum of Points and Authorities in Support of Final Approval, Memorandum of Points and Authorities in Support of Award of Attorneys' Fees, Costs and Class Representative Incentive Awards, the Declarations of Kevin Mahoney, Treana L. Allen and Melissa Meade, filed concurrently herewith, the records and files in this action, and any other further evidence or argument that the Court may properly receive at or before the hearing. A proposed Order and proposed Judgment will be provided to the Court through the prescribed proposed order email address shortly after the filing herewith.

WHEREFORE, Plaintiffs respectfully request that the Court enter a Final Order approving the Parties' Settlement Agreement. (Dkt. 56-2)

Dated: August 6, 2018                                   Respectfully submitted,

                                        By: /s/      Kevin Mahoney
                                            Kevin Mahoney, Esq.
                                            kmahoney@mahoney-law.net
                                            Treana L. Allen, Esq.
                                            tallen@mahoney-law.net
                                            **MAHONEY LAW GROUP, APC**
                                            249 East Ocean Blvd., Suite 814
                                            Long Beach, CA  90802
                                            Telephone: (562) 590-5550
                                            Facsimile: (562) 590-8400

Lisa L. Clay, Esq. (ARDC # 6277257)
lclayaal@gmail.com
345 North Canal Street Suite C202
Chicago, IL 60606
Phone: (312) 753-5302
ARDC # 6277257
Designated local counsel

Attorneys for Plaintiffs and Settlement Class

## CERTIFICATE OF SERVICE

I hereby certify that on August 6, 2018, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system, which will automatically send e-mail notification of such filing to all attorneys of record.

By: /s/ *Lisa L. Clay*